Patrick C. Dunican, Jr.
Robert C. Brady
Timothy J. Duva
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey  07102-5310
(973) 596-4500

pdunican@gibbonslaw.com
rbrady@gibbonslaw.com
tduva@gibbonslaw.com

*Attorneys For Defendant*
*AAMCO Transmissions, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EMMANUEL OTOIGIAKHI, an individual,<br><br>      Plaintiff,<br><br>      vs.<br><br>AAMCO TRANSMISSIONS, INC.,<br><br>      Defendant. | *Document Electronically Filed*<br><br>Civil Action No.: _____<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant AAMCO Transmissions, Inc. ("AAMCO") states as follows:  American Driveline Systems, Inc., a privately held corporation organized and existing pursuant to the law of Delaware, with its principal place of business in Horsham Pennsylvania, owns 10% or more of AAMCO's stock.

Dated: August 10, 2011             By:  /s/ Robert C. Brady_____ _
      Newark, New Jersey                  Patrick C. Dunican, Jr.
                                          Robert C. Brady
                                          Timothy J. Duva
                                          **GIBBONS P.C.**
                                          One Gateway Center
                                          Newark, New Jersey  07102-5310
                                          Tel:  (973) 596-4617
                                          Fax:  (973) 639-8380

                                          *Attorneys For Defendant*
                                          *AAMCO Transmissions, Inc.*