Patrick C. Dunican, Jr.
Robert C. Brady
Timothy J. Duva
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey  07102-5310
(973) 596-4500

pdunican@gibbonslaw.com
rbrady@gibbonslaw.com
tduva@gibbonslaw.com

*Attorneys for Defendant/Counterclaimant*
*AAMCO Transmissions, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EMMANUEL OTIOGIAKHI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AAMCO TRANSMISSIONS, INC.,<br><br>Defendant/Counterclaimant. | *Document Electronically Filed*<br><br>Civil Action No.: 11-04620 (DMC) (JAD)<br><br><br>**NOTICE OF APPEARANCE OF**<br>**TIMOTHY J. DUVA** |

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as counsel for Defendant/Counterclaimant AAMCO Transmissions, Inc. in the above-referenced action.

Please serve copies of all papers upon the undersigned attorney at the office and e-mail address listed below and cause any future Notices of Electronic Filing in the above-captioned matter to be sent through the CM/ECF System.

By: s/ Timothy J. Duva
Timothy J. Duva
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4565 phone
(973) 639-6463 facsimile
tduva@gibbonslaw.com

Dated: September 9, 2011
Newark, New Jersey