# SPECK LAW OFFICES, LLC

e-mail :Mspeck@SpeckLawOffice.com

September 22, 2011

The Honorable Dennis M. Cavanaugh
United States District Court of NJ
Frank R. Lautenberg U.S. P.O. Courthouse Building
Room 451
Newark, NJ 07101

RE:    Otoigiakhi v. Aamco Transmissions, Inc.
          Case No.: 2:11-cv-04620-DMC -JAD

Dear Judge Cavanaugh:

      As you are aware, Defendant has filed a Notice of Motion returnable before Your Honor on October 3, 2011 with respect to the above mentioned matter. Therefore, Plaintiff's response to Defendant's motion was due on September 19, 2011. Please be advised that I have been out of the office for the past couple of weeks on court appearances in various matters. Therefore, I did not have time to respond to motion by September 19, 2011. I respectfully request a one week extension to respond to Defendant's motion, making the due date September 26, 2011.

      Kindly advise. I thank you in advance for your anticipated courtesies and cooperation.

                                    Respectfully submitted,
                                    SPECK LAW OFFICES

                    By:    *Michael R. Speck*
                              Michael R. Speck

MRS/tk
***DICTATED BUT NOT READ***
cc:    Robert C. Brady, Esq.
        Timothy J. Duva, Esq.
        Emmanuel Otoigiahki