**SPECK LAW OFFICES, LLC**
MICHAEL R. SPECK, ESQ.
80 E. MAIN ST.
SOMERVILLE, NJ 08876
(908) 428-4190 / Fax (908) 300-8219
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| EMMANUEL OTOIGIAKHI | : |
| Plaintiff | : Civil Action No.: 11-4620 (DMC) (JAD) |
| vs. | : |
| AAMCO TRANSMISSIONS, INC. | : **NOTICE OF CROSS MOTION** |
| Defendant/Counterclaimant | : |

TO:   Robert C. Brady, Esq.
      Gibbons P.C.
      One Gateway Center
      Newark, NJ 07102-5310

      Emmanuel Otoigiakhi
      1047 Prospect St.
      Hillside, NJ 07205

**PLEASE TAKE NOTICE** that on May 21, 2012 at 10:00 am in the forenoon, or as soon as counsel may be heard, Michael R. Speck, Esq. will move before the Honorable Dennis M. Cavanaugh, U.S.D.J., at the United States Post Office & Courthouse Building, One Federal Square, Newark, New Jersey, 07101, for the entry of an Order to be relieved as counsel for Plaintiff, Emmanuel Otoigiakhi.

**PLEASE TAKE FURTHER NOTICE** that, in support of the within motion, Michael R. Speck, Esq. will rely upon the accompanying Certification and supporting papers.

1

**PLEASE TAKE FURTHER NOTICE** that, at the time and place aforesaid, Michael R. Speck, Esq. will request that the proposed form of Order submitted herewith be entered by the Court.

                                      SPECK LAW OFFICES, LLC
                                      Attorney for Plaintiff


                          By:    s/Michael R. Speck_____
                                      Michael R. Speck

Dated: May 9, 2012

2